Thank you, and may it please the court. My name is Nina Perales, and I will be arguing for the Gonzalez appellants. Tens of thousands of Arizona voter applicants have been rejected under Proposition 200 because their registration applications did not also include documentary proof of U.S. citizenship. How many were properly eligible? All of them swore that they were United States citizens and otherwise filled out the application correctly. That number of people who were rejected exceeded 31,000 in the first two and a half years of implementation of the statute. In the National Voter Registration But I didn't hear an answer to my question. How many were actually eligible? Is there any evidence with regard to the actual eligibility to vote of any of those people? There is not evidence that they were ineligible, Your Honor, and they swore under penalty of perjury on the federal form and on the Arizona state form that they were United States citizens and met all of the other criteria for age and residence. So your answer is no? Repeat the question, Your Honor. Your answer is no? No, that is not true because They have their statement. There's nothing else, right? That is their statement under penalty of perjury. There's nothing else? And some of them came and testified, Your Honor. That's what we're asking. I think that's what Ms. Klessner was asking. Was there evidence? Because all 31,000 people did not appear and testify, Your Honor, there is not evidence that they were ineligible and they did swear under penalty of perjury. In the National Voter Registration And that's all that federal law requires. Yes, Your Honor. In the National Voter Registration Act, Congress established a simple nationwide procedure for voter registration using a federal postcard. States must accept and use the federal postcard for voter registration in federal elections in addition to any state form that the state devises. But, Ms. California, how important is the Arizona form here? There is an Arizona form. It doesn't seem to say anything about penalty of perjury as I looked at it. It says they had to attest to it, but that maybe is a defect in it and maybe I missed it. But in any event, I have no one thing I have no idea from the record is what percentage of people use the federal form and what percentage use the Arizona form and what difference that makes, if any. Your Honor, in this case, a larger number of people used the Arizona state form, but we don't believe that it makes a disposition to the resolution. It doesn't make a difference in the resolution of this case because the claim here is that Arizona refuses to accept and use the federal form as is required. So you're not complaining about the Arizona form or about Arizona requiring citizenship with regard to its form. You're just complaining about the federal form. Yes, Your Honor. That is what we are talking about. Proposition 200 is preempted by the NVRA because it conditions acceptance of the federal form on the production of additional documentary proof of citizenship required by state law. Counsel, why aren't we bound by our prior decision addressing this very point? Because the court sitting on bonk, Your Honor, is able to visit this case as if it were an appeal from the district court. This court sitting on bonk is not bound by the 2007 panel decision, Gonzalez 1, or the 2009 panel decision, Gonzalez 2, although we urge the court to adopt the reasoning and the decision of the second panel. This court is able to sit now in the appeal from the district court and resolve the merits, and we urge the court to do that today. Well, isn't the statute pretty clear that the mail voter registration form can be developed, may require identifying information, including a signature, and other information, including data relating to the previous registration? And why is then this extra requirement not the other information? Your Honor is quoting from Section 7 of the Act, which is an instruction. I know what I'm quoting from. The instruction in Section 7 of the Act to the Election Assistance Commission is with respect to devising the federal form. Once the Election Assistance Commission, the EAC, has devised the federal form, states are required to use and accept that form. Well, that's suggesting that use means that they cannot use any other form, that that's the only form they can use. I guess what I'm suggesting is that the form may require two types of identifying information, including a signature and other information, as is necessary to enable the official to assess the eligibility of the applicant. No, Your Honor, because in addition... That's what it says. It says in its instructions to the EAC in the development of the federal form, once the EAC has developed the federal form, the state must, in addition to whatever forms the state creates pursuant to Section 7, must accept and use the form that has been created by the Election Assistance Commission. Could the EAC have required proof of citizenship? Yes, and Arizona, in fact, asked the EAC to add that to the federal mail registration form. Was the EAC simply rejected on policy grounds, or did they reject it because their reading of the Act was that Congress had specified the terms and conditions under which? I cannot answer why they rejected it, but the EAC chose not to add that requirement to the federal form. Once the EAC made that decision and the federal form says what it says, states must accept and use that form in addition to whatever form the state chooses to develop. How could they require it? I mean, my understanding of the federal form is that it's a little kind of postcard thing, right? Yes, Your Honor. How would you submit ñ I mean, if you were just putting numbers in, maybe you could, but that's inadequate for some people. So there's no way you could actually ñ it would have to be something else than the federal form. It couldn't be the federal form anymore. Yes, Your Honor, that is true. If the EAC somehow tried to add this requirement, we believe that it would be problematic under the NVRA. But in this case, what we're really confronted with is a much more simple question. The federal form does not require documentation. Well, but that seems to me to also go to the question of whether you can accept and use the federal form and ask for something else, because by definition the federal form doesn't allow for anything else because it's a little postcard thing that you send in by itself and there's no way to attach something else to it. Yes, Your Honor, that is true. And the purpose and structure of the NVRA supports that. The NVRA was enacted in order to simplify voter registration procedures. Why couldn't the form require a driver's license number, an A number? I mean, there's any number of things that could be included in the federal form, and the number of people who couldn't would be fairly limited, who couldn't satisfy just putting in a number on the form. I have a two-part ñ I'm sorry, Your Honor. I have a two-part answer to that. First of all, I believe the federal form does request a driver's license number or a Social Security number, but it doesn't condition registration on the provision of those numbers. So, for example, if somebody doesn't have a driver's license number, they need not provide it as a condition of being registered. Second of all, it is not ñ What if they do have a driver's license number? Can they refuse to provide it? I'm not sure, Your Honor. I haven't seen a case in which somebody refused to provide that number on the federal form. Well, how does the State know? It receives the form, and there's a blank in the form. How do you know whether a person doesn't have a driver's license? I mean, 90% of people in Arizona have a driver's license, I understand, who are eligible of voting age, right? No, but they may not use ñ all 90% of them may not use the driver's license to register to vote. Only driver's licenses issued after October 1, 1996, enable you to use that number to register to vote. So, for example, people who turned 16 in 1996 are about 30 years old today. Anybody who received or took out their driver's license who might be older than 30 is not necessarily going to have a driver's license that enables them to register to vote. Isn't there a provision that you either have the driver's license or the Social Security or a number assigned to you by the registrar of voters? Yes, that is correct. So you need to have one of the three of them. Yes, that is right. But if you don't have the driver's license number or the Social Security number, the Federal form does not say that you're going to be rejected for voter registration. They will simply instruct the State to assign you an individual number so that they can keep track of you. So that's the answer. The answer is it's one, two, or three. Yes. But it does not condition voter registration. So your answer to Jeff Berzan that it couldn't be done with the Federal form really is not quite accurate. In fact, it could be done. You could do it as a postcard. You could include one, two, or three numbers. So it's not impossible, right? I'm not sure what Your Honor is asking is possible or not. You could put an A number in. You could put a driver's license number in or a number assigned to you by the registrar, right? The A number is not requested on the Federal form, Your Honor. And also, some people have none of those, right? My understanding is that some people may have a birth certificate, which they can't put. It's not a number. It's a piece of paper. Yes, that is correct. It would certainly you could not implement Proposition 200 through the Federal form. They don't match up. And the State is required to accept and use the Federal form. Sometimes it will, Your Honor. Well, when you apply for a passport, you fill out a form, and you're required to enclose with that form materials. What precludes that? I'm sorry, Your Honor. To obtain a passport, yes, you must submit additional documentation. There's a standard Federal form. It is. And you just include something else in the envelope. That is correct. What in the statute precludes that procedure? Section 4 of the statute, Your Honor, requires States to use and accept the Federal mail voter postcard. They receive the form, and they use it, and they look to see if the additional material is in the envelope. They do not receive and use it, Your Honor. They reject it outright. Isn't the answer that there is no envelope? Yes, Your Honor. There's also not an envelope. But there is a rejection that is provided for in the statute. But it could be. It can't be that the statute requires acceptance of everything that's sent in. They can use the form. Look at the form and determine this person is not eligible, is not old enough, and could reject. But you tell me that's a violation of the Federal statute. That can't be right. No, Your Honor. If the mail voter registration form, the Federal voter registration form, shows on its face that the person is not eligible, they don't meet the age requirement, or they have failed to check off the box for citizenship, or state that they don't live where they're registering to vote, if the Federal form on its face shows that the person is not eligible, then the State is not required to register to vote. Counsel, what do you do with that? Has the State used the form? For that purpose, yes. Not conditioned acceptance of the form. You're trying to tell me the word use has a meaning that requires acceptance, only acknowledge it doesn't. So I'm still looking for an answer to the question, where in the statute does it say the State cannot require anything else? No, Your Honor, because the State conditions acceptance of the form on the submission of additional documentary evidence. Counsel, I'd like to ask a question about the meaning, in your view, of setting Section 7B.3, which deals with the Federal regulation instructions and the content of the mail voter registration form and provides that the form developed may not include any requirement for notarization or other formal authentication. What does that mean? What are they getting at in that section of the statute? And is it relevant? Yes, Your Honor, it is relevant. We understand this provision to mean that you need not take your Federal form to a notary and have it notarized or that you have to provide any additional information to prove the truth of what you're swearing to on the Federal form. If one would have to bring additional documentation. It doesn't say anything about that, does it? It just says notarization or authentication. It doesn't say anything about additional information or other information. It just goes to notarization or other authentication. And I understand. And I want you to answer, Judge, my colleague's question. I'm just trying to make sure you don't add stuff that isn't in the statute here. Thank you, Your Honor. We understand authentication, aside from notarization, to mean having to prove up the truth or the authenticity of information that is already being provided in the Federal form. A State could conceivably require people to bring proof of residence, proof of age, proof of all kinds of different things that are sworn to on the voter registration form. Well, that's not what we mean by authentication. You're a trial lawyer, right? You know what authentication means. Authentication means you have somebody say that something is authentic. It's usually done by oath or some swearing procedure. I've never heard authentication being used as, oh, you can't provide documentary proof. That's what we have. Well, it says notarization or other form of authentication, right? Your Honor, that's the way we understand the phrase. And in any event, putting aside our various interpretations of Section 7, it is the EAC that makes the decision to promulgate the Federal form, and it is the responsibility of the States to use and accept that form. Thank you. Thank you. We'll hear from who's going to go next. May it please the Court, my name is Samuel Bagenstos. I represent the United States. Under Arizona's Proposition 200, Arizona Could you speak a little louder? I will, yes. Thank you. Under Proposition 200, Arizona will reject a valid and complete Federal form that does not contain either the number of a post-96 non-F type driver's license or additional evidence of citizenship. That's a violation of the NVRA because the NVRA requires the State to accept and use a valid and complete Federal form. It requires the State to ensure that all eligible voters who complete a valid Federal form in a timely manner are registered to vote. And it sets up the Election Assistance Commission as the body which determines what information is necessary in a Federal form, a form that can be used in any State in the Union. Now, in the response to the position that we filed, the State essentially says, well, the problem is confined to only a few people, that essentially 90% of people will be able to register by filing a form with a driver's license number. And I want to unpack that a little bit because I think that's a misleading statistic, and I think it's not really relevant at the end of the day anyway. It's a misleading statistic because 90% of people may be eligible for a driver's license, may have a driver's license, but not a post-1996 non-F type driver's license, which is what Proposition 200 requires. In Arizona, unlike in a lot of States, many, many, many people can have a driver's license that is valid until they are 65 years of age, so they do not have to get a new driver's license. But they can. What's that? They can. And according to the record in this case, the Yanoski deposition that was in the summary judgment record in this case, unless you fall into a set of disqualifying categories, you do have a driver's license that is valid until you are 65 years of age. But you can. If you want to say I want to get a new driver's license, you can go to the DMV to and get a new one. You could. You absolutely could get a new driver's license. But I think the point of the NBRA is there is a single Federal form, a form that contains all of the information that's necessary to assess eligibility and register a voter in any State in the union. What case says that, that that form contains all of the information that's necessary to determine eligibility for voting? Do you have a case that says that? Judge Rawlinson, aside, of course, from the panel opinion, in this case I would refer simply to the statutory text, right, to GG7A1 or A2, excuse me. So if we differ as to the interpretation of that statute, you lose? I don't think so. I mean, I think there are three crucial statutory provisions here. One is GG4A, which says the State shall accept and use. So it's not just to use the form, but to accept the form as well. So you can accept it and use it and request additional information. How does that run afoul of the statute? Well, what the State is doing here, it explicitly says in its statute is to reject the form. The statute says the registrar shall reject the application if sufficient evidence, if no documentation of citizenship is attached. That's what the State statute says. That's not accepting the form subject to something else that's rejecting the form. You can reject the form if it shows the wrong age, right? Now, certainly, and I think it's a very important point here, when somebody files a form, the form does not necessarily require registration. It has to be an eligible voter who submits a valid and complete form. And somebody who's not a citizen is not an eligible voter. That's right. Somebody who's not a citizen is not an eligible voter. However, what the State is doing here is saying, we are not going to accept the attestation under penalty of perjury or the signature under penalty of perjury that the individual is a citizen, which is required by the NVRA. But instead, in every case, we are demanding additional proof of citizenship. Where's the requirement by the NVRA that suggests that one must accept, in any event, whatever the problems are with the form, the form? So I think must accept the federal form developed by the Election Assistance Commission. I understand they must use the form. I understand they must accept and use the form. Arizona accepts and uses the form and adds additional things to the form and rejects then the registration based upon, if you will, the registration application based on the information. Right. They reject the application based on the absence of information. But the information that's in front of the State, it's important to understand, is the information that the Election Assistance Commission, pursuant to the authority delegated under GG7A2, determined is the minimum necessary to assess eligibility and register a voter. Is there any factual record to support that determination? Well, of course, the Election Assistance Commission's determination could be challenged in a proceeding for judicial review of its determination. It hasn't been in this context. And so there has not been the opportunity to develop such a factual record, which would be relevant there. If somebody could look, do you know whether there's any evidentiary record to support that as a factual conclusion? Well, yes. I mean, so we cited some of it in our brief in this appeal, which is when the FEC, which originally had this authority before the enactment of the Help America Vote Act, determined what was necessary in the federal form. It made a determination. It's in the Federal Register. And we cited it, that this is what is necessary. And based on its long experience regulating election processes. Let me ask you this. Let me ask one specific question. The National Voter Registration Act, wouldn't that pass to make it easier to vote? Yes. I mean, the point of the National Voter Registration Act, Judge Preston, absolutely is to make it easier to vote and to give, in this case. And Proposition 200 defeats that purpose. Well, I think in this case it certainly does. I think in the context we have here. Yes, absolutely. Because the point of Proposition 200 is to. Well, not easier for everybody to vote, right? Well. It's not supposed to make it easier for people who are not eligible to vote to vote, right? Absolutely not. And I don't think it does. For people who are not citizens, right? And that's the balance Congress struck, Judge Kuczynski. And that's the crucial point. So your answer to Judge Preggison's question is yes to some and no to others, right? Right. I think it's yes in the following way, which I think is particularly crucial when we're talking about Proposition 200. It's yes in the sense that there is a single form to be developed by a federal authority, first the FEC, now the Election Assistance Commission, that contains the information that can be used to register to vote in any state in the union. That makes it. It doesn't make it easier for ineligible voters to vote because there are substantial protections against ineligible voters registering. A state, first of all, can, when it gets the information. If the form, for example, says that the person is 16, obviously they can reject it on that basis. They also, under the Help America Vote Act, have to run either the driver's license or social security number that's provided if the individual has such a number. And HAVA specifically says you don't have to have such a number. And the Help America Vote Act specifically added the requirement that there be a box about citizenship, right? Yes, absolutely. And there's also the requirement that everything be set under penalty of perjury. That's absolutely right. And so those are both statutory. And then to put on top of that a requirement of a piece of paper would seem to wash those out. I mean, it's just an absurdity to start multiplying things. If you really want to allow pieces of paper, you didn't need the other thing. And I think that is absolutely right. Congress made a decision that struck a balance here. And the balance was we're going to add additional penalties against the voter fraud. We're going to enable states to make the traditional determinations of eligibility they always have, which is when they get information in a voter registration application, they can run it. They run the driver's license. If the driver's license is a number for somebody who is dead, they don't register the voter, for example. And there are various other things that could come up that show that the person who has applied is not an eligible voter that may not appear on the face of the form but don't require additional documentation in every case. Counselor? Counselor, if I could just ask this question. Didn't Congress reject an amendment to the National Voter Registration Act that would have allowed states to do exactly what Arizona is trying to do? Yes. By requiring documentary evidence of citizenship before accepting the form? Congress? Yes. Congress rejected that amendment. That amendment was adopted in the Senate. It was removed in the conference report. Congress adopted the conference report. And it was actually, as the League of Women Voters' amicus brief in this appeal showed, it was actually the motion to recommit in the House. So you had votes in both the Senate and the House on this. It was the very last issue to be decided was to add a new section, a section 13 to the statute, it would have been GG11, that would have said states can do what Arizona is doing here. States can require documentary proof of citizenship. And what Congress did is rejected that amendment, adopted the statute. Judge McGee, I'm sorry. Counsel, there's been a lot of debate about what the NVRA means, the provisions in it means. And I'd like to know your position. If the panel were to find that the NVRA is ambiguous and doesn't provide a clear answer on the preemption question, that it does not explicitly prohibit states from confirming citizenship registration, but that portions could be interpreted as precluding states from having that requirement, who wins under the election clause analysis? Well, I think under the election clause analysis, Congress wins. Congress always wins. I mean, I think, Judge Cuda, the opinion for the panel really explained this very clearly. Based on the election clause jurisprudence of the Supreme Court, this is not a power that the states gave to the federal government, unlike in a normal preemption case. This is a power that was originally in the federal government, never existed in the states, and was delegated to the states subject to being taken back at any time and for any purpose. And if you look at the cases in the Supreme Court from ex parte, Seibold on, right, that's what the court says. And so I think Congress wins in the election clause analysis here. The federal government wins. But I thought Judge Muglia's question was, what if it is ambiguous? Well, I mean, clearly, if Congress had said states can't do this, then we wouldn't be here, right? Well, I think Congress did say that, yes. And I would like to hear the answer to the question, because I think it's a very good one. Well, I think we don't apply, and that's sort of maybe the lessons I didn't say. Do you have a question? Yes. The answer to the question is we don't apply the ordinary presumption against preemption here that we usually apply in a, say, Commerce Clause preemption case, precisely because this is a case where Congress has the preeminent authority, preeminent authority that came from the federal government, never came from the states, and can be taken back at any time. Well, what if it's ambiguous? Well, I think the presumption against preemption applies in cases of ambiguity. I think you would also look to what the agency that administers. You're not claiming a deference that we owe any deference, Chevron or otherwise, to the agency here, right? Well, I think this court certainly ought to look at what the Election Assistance Commission said here. They're the agency that administers the statute. They made a determination about this. Well, what they said or what they did? Excuse me? What they said or what they did? I mean, at one point they wrote a letter giving their opinion, but it was kind of not an official operative document. But they did things. So the question is, is it what they said or what they did? I think it's both, Your Honor. I mean, I think this court has to look at both what they said and what they did do. And what they did is they said, and what they did is refuse to allow the additional evidence of citizenship to be included in the federal form because they determined that that's not necessary. They made a determination. Which gets to the question I'm trying to ask, and I don't know the answer to this. This isn't meant to be a loaded question, but I'm trying to figure out what's behind that determination, which is why do you know whether they did studies or did anything to reach a factual conclusion as to that, offer up some support for that factual conclusion? And I think the honest answer to your question, Your Honor, is it's based on a couple of things. And I don't know whether it's going to satisfy the premise of what I think the premise of the question is. But the honest answer is. No, I just want to know what's behind the EAC's statement. I understand. I mean, you know, answer number one is we could have an entire proceeding on that, but this is not the place for that because the place for that would be in judicial review of the EAC's determination under the Administrative Procedure Act. Counsel. But the answer as far as what evidence is there, I think, you will find is, number one, the evidence that was before Congress when it enacted the NVRA that the FEC relied on in 94 and the EAC subsequently relied on, that you have a signature under penalty of perjury and the possibility of a prosecution for somebody who votes illegally, who registers illegally. That's very sufficient as a way of dealing with this problem. You have the EAC's administration of HABA as well as its dealings with election officials over a period of years after 2002. That's what it's based on. Counsel, if the state had unquestioned evidence that there had been widespread perjury in filling out the forms, would it still be your position that the state would nevertheless have to accept the form and allow the people to vote? Well, it wouldn't necessarily have to allow the people to vote if it had evidence specific to an individual that they were not eligible to vote. But I think Congress has drawn the balance here. They can certainly prosecute perjury in those cases and should if there is perjury in those cases, but Congress has said determining what we need to protect against ineligible voters registering is, A, what's in the NVRA, which is signature under penalty of perjury and a form that says you need to say you're a citizen, and B, what's in HABA, and I think this is important, slightly overinterpreted by the state, but HABA says you have to take their unique identifying number, default a driver's license, if not the last four of your social, if not the state will provide the number, and you have to run it against databases, including the Social Security database, which may find somebody is registering in the name of a dead voter. It may find they've moved out of the jurisdiction but are registering to vote. It may find lots of things going to their eligibility. Thank you. We'll hear from the Inter-Tribal Council. Your Honor, I'd like to reserve all my time for rebuttal. Very well. We'll hear from the State of Arizona then. Mr. Chief Judge, may it please the Court, I'm Tom Horne, the Attorney General for the State of Arizona, and I represent the State and Ken Bennett, the Secretary of State. In this case, we have a United States Supreme Court decision under the name Purcell v. Gonzalez in which the United States Supreme Court said that the government has two separate reasons, legitimate reasons to take actions to protect the integrity of the system and to prevent voter fraud. One is the integrity issue itself, and second, which is related to integrity but it's a separate reason, is that if there is voter fraud, then honest voters can lose faith in the democratic system and that can decrease the participation of eligible voters. That was in the context of irreparable harm, right? Your Honor. The statements were made in the context of an irreparable harm and preliminary injunction. Yes, Your Honor. The Supreme Court, I think, quoting in part the Crawford case, which is important in this context also, was talking about the legitimate interest that the government has to prevent voter fraud. The state government. I'm sorry? The state government. Yes. That's correct, Your Honor. And the U.S. Supreme Court also said that we need to give proper deference to the discretion of the trial court, the district court. That was in the context, again, very much so, and directly so, of a preliminary injunction determination. That's correct, Your Honor. I think it applies. So what is the relevance of any of this? I think it applies in the permanent injunction context also, Your Honor, because we have a balance here. Because it's a legal question of what NVRA means? Yes. Yes, Your Honor, it does. Because the state has a legitimate interest under the NVRA. The state has to obey the NVRA. But when we're trying to determine what does accept and use mean, and trying to determine whether or not if the burdens are not excessive, whether the state has a legitimate interest in seeing to it that people do not vote illegally and that there's not voter fraud. Isn't this a federal election we're talking about, and only a federal election? That's correct, Your Honor. Isn't there a constitutional provision that the federal government controls with regard to federal elections? If there's a conflict. That's correct, Your Honor. I don't think this is your strongest point. I think the question before us is, is there a conflict? And so what I'd like to talk about are three things in that context. First, the detailed findings of the district court, that the burdens imposed on registrants here were not excessive. Second, that the only reasonable interpretation of accept and use is to make the form accessible and accept it as an application to derive service from it, as the dictionary definition was as quoted in the dissent in the second panel. And it does not limit you to simply what's on the face of the form. Well, how would you accept and use a postcard form, which people are supposed to be able to send in the way it is and have them send in their birth certificate and still be accepting and using the form? Your Honor, they do accept and use the form. And for the overwhelming majority of voters, that's all that's required. Okay. But I'm asking a specific question. Suppose I didn't have a driver's license and I didn't have a naturalization certificate and I needed to get you my birth certificate. How would I do that without sending something other than the separate envelope with separate postage than the federal form? That's correct, Your Honor. You would send it in an envelope. And that is not an overwhelming burden to have to send that in an envelope if you're not part of the vast majority that do have numbers that they can write down on the postcard. As a matter of course, what would happen, you send in a form and you leave blank, which I gather you can do under the federal procedure. You can leave blank driver's license information and anything pertaining to citizenship certificate. So it would arrive at the Secretary of State's office and what happens next? The Secretary of State, the vote, the county recorder. It is the county recorder? It's the county recorder, Your Honor. And they would contact you and say, we need this additional information. By phone, by mail, by? It could be both. I think the trial court found that the county recorders are very diligent in trying to solve these problems. That was one of the grounds of showing that there was no discriminatory intent. I see. So they wouldn't bounce the form. They would hold on to it and somehow get you to provide the additional information. That's correct, Your Honor. I thought the record was that they would bounce the form and they would say you would need to do it again. But they would contact you and say. Yes. This form is no good. We're rejecting it. You can send us another one. That's correct, Your Honor. But your answer wasn't correct. Well, I thought the question was, were the county recorders contacting people and trying to get additional information from them? After rejecting the form. Correct. That's correct, Your Honor. Now, the key. I'm sorry. So you skipped a step there. They send the form back. They throw it in the garbage. I mean, you sort of left out the key part of your answer. They notify the person that the initial form is rejected and they tell them what information is needed so that they can, so they can register the form. By sending a whole other form, right? Yes. Now. But you continue skipping the part of the answer. I mean, the person calling has a form. It's only a form that's incomplete. They make a call. And what happens to that form? I think they would ask the voter to complete another form with the correct information on it. Did you hear my question? I'm sorry, Your Honor. What happens to the original form? The original form is rejected. What does rejected mean? It means that the voter has contacted. They throw it in the garbage? They send it back? What do they do with it? They keep it? I assume they. You don't know? I mean, what's. I don't know exactly what every county recorder would do with the form, Your Honor. So it's not that they hold on to the form and say, you need more information. Send it in and we'll complete the process. It may not be. They have to start over. They're not put on the voter rolls. They're not put on the voter rolls. They have to start over again. That's correct, Your Honor. Now, we're talking about a very small minority of voters. And I think the key case in this. Why is that relevant? I mean, it seems to me that either the system that is set up matches what Congress permitted or it doesn't. And whether it affects five people or 50,000 people, to me, doesn't seem to really relate to what Congress intended. So what is. . . You've said several times that not that many people are affected. Correct. But why is that relevant? There's a key United States Supreme Court decision on point here. It's the Crawford case. And in the Crawford case, the Court specifically dealt with the situation where almost everybody has. . . Crawford wasn't a statutory case. It was not. But on this point, it was relevant because it said that where almost everybody has voter ID, has picture ID forms, but there's a burden on a small number of people to go out and get them, to put together the documentation, to go down and get your picture taken, to get the document. The United States Supreme Court said in Crawford, burdens of that sort arising from life's vagaries are neither so serious nor so frequent as to raise questions about the validity of the law. So that has a. . . I want to understand the State's position. If it were true, and I know that you don't concede this, but if Congress had said in words of one syllable, a State may not do this, and you did it anyway, but it only affected 25 people, is it your position that that would be okay because it only affected 25 people, even though Congress told the States not to do it? No, Your Honor, that is not my position. Okay. So going back to what the statute requires, what attention, if any, are we supposed to give to the agency's thought process in coming up with this national form where the statutory command is to do what is necessary to determine eligibility, and they've come up with this system of checking off citizenship and signing under penalty of perjury, that that is true. That's what the agency came up with as necessary. Yes. What difference, if any, do we owe to the agency in making that determination as an interpretation of what Congress had in mind? Your Honor, you give no deference to the agency determination for three reasons. First, the agency's authority is limited to its express powers as under the Louisiana Public Service Commission case, and in this case the powers are very limited as described in the dissent. They do not have the power to enforce the law. They certainly don't have the power to tell courts whether or not there's preemption. Secondly, it's an informal letter under U.S. v. Meade, and third, no deference is given on preemption under the Wyeth case, a U.S. Supreme Court case, where they said we determine ourselves whether there's preemption. We don't listen to the declaration of an agency that they have preemption. But why is that the question? Isn't the question whether in devising the form and coming to the conclusion that this is the adequate information to assess the eligibility of the people applying, that that is what their task is, to devise the form,  Because the Congress did not say that the states could not add. The Congress said they would devise a form, and we had to accept and use that form. But it says that they could require identifying information necessary to enable the appropriate state official to assess the eligibility. So they've made a determination that this is the information that's necessary, and you're saying, no, we need more information. That's correct. And there's nothing in the statute that says that the states cannot do that. And so the question is, is there anything in the purposes of the statute that says the states cannot do that? And that's what I was arguing earlier, that the state has a legitimate interest in preventing voter fraud. And this so-called honor system, whereby the only thing you do to check citizenship is to sign on a line, you've got Under penalty of perjury. It's already illegal, Your Honor, to vote illegally. To say that signing on the line is It's a strange honor system. It adds absolutely nothing. And it leaves the states in a condition whereby there is extensive voter fraud. And there's tremendous evidence in this record that shows that that is inadequate. Evidence of extensive voter fraud. I mean, most of the things I saw in this record are like double digits. We have, I think the district court said there were 20,000 people that weren't able to register because of the proof of citizenship requirement. I asked the plaintiffs, I'll ask you the mirror image. Would you have any evidence whatsoever that what number of that 20,000 were not properly eligible to vote? Your Honor, there is no evidence on that, and the burden is on the plaintiff because this is an injunction case. And the trial court made a finding based on that. And the evidence in the record is that voter organizations brought in what the county recorders described as junk registrations. They found hundreds of people who swore under oath to the jury commissioner that they were not citizens who had registered to vote. When they talked to them, they found that many of them didn't realize that what they were doing was wrong, that they had been tricked into that by unethical voter registration organizations. Having somebody sign an additional line saying that they're a citizen is absolutely no protection against that, and it makes it a system of no integrity. And the third purpose of this law is to have integrity in the system. And the people of Arizona, when they passed this referendum, they were concerned about the lack of integrity in the system and the voter fraud that was going on. And the record in this case, upon which the district court made specific findings, is that there was extensive voter fraud. And the people who signed these things not knowing that they were wrong were not committing voter fraud, right? Because it wasn't fraud. I'm sorry, Your Honor? The people who signed these documents saying that they were being confused about the documents were not committing voter fraud. Some of them were. There was one case of a woman who was taken off the list and tried to register again. That's one. But the hundreds, however you make it. Mostly it was fraud by the organizations, including registering people on. Well, that supports your point, right, that you probably can't even convict them of perjury. Yeah, the perjury is totally meaningless. The organizations were getting people. If you got them, if they don't know what they're signing, it's hard to convict them of perjury. And there was testimony about people saying that somebody came door to door and got the form from them and they didn't know what it was that they had signed. And if the state can't check it, all the part about what perjury does is enable you to prosecute people, which doesn't undo the harm of the vote that was done. And it hurts the people that were fooled by these organizations because there were people that were destined to become citizens. And because they were fooled by the organization and the registration was accepted, they now can't become citizens because they were tricked by unethical voter registration organizations. Let me change this a little bit because it seems that your premise, I want to question your premise. As I understand the standard review under the Elections Clause, if Congress has adopted the same subject matter as the state law, we must consider whether the Federal Act superseded the state act. So in this particular situation, I'm looking if a natural interpretation of the language of the two enactments leads to the conclusion that the state law does not function consistently and harmoniously. Now, if that's so, tell me how that I can suggest that 7B2 of the act would be harmonious and consistent with Prop 200. Because, Your Honor, the test is whether there's a contradiction. It seems to me that under that provision, all Congress thought would be necessary for what you think is a real reason for the act, which it may have been, is just to let them sign the card and swear to it. And now Arizona has suggested further. That seems as if it's not a consistent and harmonious application. Your Honor, the question is, is there a contradiction? Even the second panel in this case, describing the standard, says, is there a contradiction? The state statute is preempted to the extent the federal law reaches that point and contradicts it. And the point here is that the statute does not say that the state cannot add requirements. Under the purpose of the statute, I think those requirements have to be reasonable. And the district court findings of their reasonableness are very important in that context. You pointed to the fact that there were some people who said that they felt out, that they didn't know what they were filling out. Do we know that was the federal form that we're talking about, not the state form? We don't know, Your Honor. We don't. Doesn't this federal form say you're supposed to send it in by mailing or bringing it in? Can you even give the federal form to some person who's going around collecting? Yes, you can, Your Honor. It says right on there, how to submit your application. Mail your application to the address listed under your state or deliver the application in person to your local registration office. That's all it says. Well, Your Honor, there are provisions in the statute about making the federal form available. Forms are given out at the state. I understand that. But how are they supposed to deliver it? It says right here how they're supposed to deliver it. Anything that presents the organization from dropping it in a mailbox? Yeah. There's plenty of evidence that the organizations, in fact, did that. The federal forms? Well, it doesn't say whether it was the federal form. Well, that's key, isn't it? Because we're only talking about the federal form. Yes, but the state form also has this line in it that says, I swear that I'm a citizen. It doesn't say under penalty of perjury. It does not say that. It says, I swear that I'm a citizen. Right. It does not say under penalty of perjury. That's correct, Your Honor. Okay. So unless we, I mean, you were pointing to a gap in the other side's data, but if we don't know anything about any fraud with the federal form, then we don't know anything. Your Honor, the district court made findings about fraud that occurred and based that findings on a lot of testimony that is in the record. With regard to the federal form? Your Honor, at this time, I don't know if they were all federal forms. But it doesn't make sense for the state to have a separate form for state elections versus federal elections. So the state, at least up until now, it hasn't. So the state is following the federal rules. But that is clearly open to the state, is it not? There could be a separate form for state elections that is more complicated to some extent within constitutional limits and different from the federal form, correct? That's correct. To date, the state has chosen not to do that. The state court that's used for federal elections is different. I mean, for example, it doesn't say under penalty of perjury. And it asks for your father's name or your mother's maiden name. It asks for several things that are not in the federal form. And this case is only about the federal form. Is that right? Yes, but after the second panel decision in this case, under neither the federal nor the state form, did the state ask for this additional information, which is at issue here. The state is following what the courts are telling us with respect to the federal form. It doesn't make sense to have two different registration lists, Your Honor. I wanted to make this point about the lack of burden because we have in evidence plaintiff's exhibit 575, which shows that of the 90% that had driver's licenses, 90% of them had been renewed in the relevant period. And that was in 2006. So that number is substantially higher now. With respect to people who are naturalized citizens, 100% of them receive a naturalization form. And unless it's over 30 years old, that has an A number on it that you can put down. So for the vast majority of the voters, all you're doing is writing a number down on a postcard. And it's only for a very small number are they asked to put another form into an envelope. And under the United States Supreme Court decision in Crawford, that additional request is not an overwhelming burden to make a copy of a document, put it in an envelope and mail it in. The Arizona voter registration form that's in the record still says certificate of naturalization number. Has that been changed? That has been enforced as the A number. But how is anybody supposed to know that? The record shows that, and the district court's findings specifically say, that all the public officials in Arizona have been informing people that you're supposed to put down the A number. The confusion between the A number and the other number occurred only in the very beginning. So the form has not been corrected? The form, everybody asks for the A number to write down on the form. But the form doesn't say that? The form itself may not say that, but all the information given to the voters calls for the A number. And if somebody makes a mistake and puts down a different number, it means they just have to submit the form a second time. Under Crawford, that kind of effort by a small number of voters is not the kind of overwhelming burden. If somebody submits their registration form on the 30th day before, the last day before they're allowed to, and they have this problem or any other problem, do they get to do it again or is it too late? It would be too late, but I think it's significant in this case that out of a population of 6 million people, they found exactly one person who was not able to register because she was 100 years old and she was born in Kentucky before they gave birth certificates. But that wasn't the question. Let's say they could do it, but they do it wrong on the last registration day. And your answer was it's too late? I thought they could just walk in on election day with a proper documentation and vote, or they could walk in, not have a proper documentation, and provisionally vote. But they would have to be properly registered, Your Honor. So if they're not registered, they couldn't walk in? If they're not registered, they can't walk in, no, Your Honor. They have to be registered. So if they don't register on the last day, that's it, they can't redo it? Correct. Although, I mean, if they're told on the last day, they could come in that day with another document in order to be registered. So if somebody got this form and someone says, oh, it says Certificate of Naturalization Number, so they put that down, and it turns out that's the wrong number. Yes, Your Honor, I made a mistake, which I need to correct. I got a note from my partner here. The form now does say that it calls for the A number. All this federal form just where they check the box that they're a citizen and also the box under, and they sign this under penalty of purchase, that is merely to register. Correct. Now, if they go to the polls to vote, then they have to come in with some documentation. That shows that they're that person, but it doesn't show you're a citizen. Huh? The documentation you come with on the day of... No, they come in with documentation. They show that you're the party that lives at that address. You've got the gas bill or what other thing. Correct. And then if there's some question, don't you give them a provisional ballot? You get a provisional ballot if there's a question as to you might, for example, have voted the wrong voting place or you might have moved, then it's a provisional ballot. But you do have to be registered. And the proof that you give on election day has nothing to do with citizenship. It just has to do with that you're the person that was registered. I have one more technical question. Yes, ma'am. The federal form doesn't have a space for a certificate or an A number or a certificate of naturalization number, right? So if somebody wants to send that in, they still need a separate piece of paper, right? And you're not taking the application form the way it is. You're saying you have to add something to it. On the Arizona version of the federal form, you would write in the note. There's no Arizona version of the federal form. There's an Arizona form and there's a federal form. And we're only talking about the federal form. Well, the federal form under paragraph 6 has an identification number. But it doesn't have a certificate of naturalization or A number. Well, you could put that down and that would prove that you were a citizen. But they don't ask the question and there's no way to put it down. So it has to be a separate document. No, I don't think that's true. Because all it asks for is you sign under penalty of perjury and you check the box. Are you a citizen of the United States? And then there's a box that you check. Yes, but under item 6 there's a place for a number. Right, and the numbers that you're supposed to put down are either, it says very specifically you're supposed to put down your license number, the last four numbers are social security number, or any number that's assigned to you by the state. It says nothing about a naturalization number. Is that correct? That's what was provided by the Help America Vote Act. But, for example, the social security number, the entire social security number is required by the states of Alabama and Hawaii. And the EAC has accepted that, even though there's no provision in the NVRA authorizing that. Right, but the current form, the form that you say you're accepting and using, does not have that. And so you're asking, you're saying that form's not good enough, here's another form, put another number down. No, you can put that number down on the form that you have. The point I'm making, though, is the EAC is inconsistent. They have allowed social security numbers from states that require them. In the case of Hawaii, they even say this number is to protect against voter fraud. And if you don't put your social security number down, your registration will not be accepted. And that, there is no specific authorization for that in the NVRA, just as there's no specific authorization for what we're doing, but there's no specific prohibition. And I'd like to point out that the only appellate case that deals with our issue is in the Sixth Circuit, which is the McKay case, in which the state of Tennessee was requiring social security numbers, and that was challenged on the grounds that it was not authorized by the NVRA. And the Sixth Circuit said, the NVRA does not specifically forbid the use of social security numbers. That's 226 F second at 255. And the same is true in our case. The NVRA does not specifically prohibit what we are doing here either. And where the NVRA does not specifically prohibit it, there is no conflict between the federal law and the state law, and no grounds for preemption. Are there any other questions? Okay. Thank you. Thank you. We have some time left for a bottle. May it please the Court. John Greenbaum on behalf of the ITCA Appellants. The situation that Congress was faced with in the early 1990s, they looked at the situation. Sure. Congress made the finding that, among other things, unfair and discriminatory voter registration laws had depressed voter registration, particularly among minority and low-income voters. And that was one of the lead purposes under the NVRA, was to create a federal way of registering voters that was uniform. And that's, in fact, what Congress did. Well, but that's not all the purposes, is it? You're correct, Honor. That is not all the purposes. I mean, there is no question. There is quite some language about that in the statute. But the statute goes on to suggest, and they significantly suggest that the purpose of the subchapter is to protect the integrity of the electoral process and to ensure that accurate and current voter registration rolls are maintained. And I guess I'm trying to, again, I understand what's been written about this, but it seems to me that one can emphasize discriminatory and unfair registration laws, but right in the statute it talks about the integrity of the system. It seems like what Arizona's doing does help the integrity of the system, based on what the district court said. It's not Arizona's choice, Your Honor. Congress included penalties under the NVRA for voter fraud. Congress made the decision of voter registration fraud. So Congress decided this is the balance that we want to keep. We're going to make voter registration more available. At the same time, we're going to make it a federal crime to commit voter registration fraud if you're using the federal form. And that's Congress's choice, as the discussion has shown, that when Congress decides it wants to act in an area under the Elections Clause, that's Congress's authority to do that. But what evidence is there in the record that Congress chose one policy over the other? Well, Your Honor, Congress actually chose both. Right, that's important. By creating those penalties, Congress said, we are going to penalize people if they include false registration on the form. And as is pointed out, the federal form, when you sign that, you're signing that under penalty of perjury. So Congress put those protections in. So you're right, Your Honor, they didn't make a choice between the two. They chose both of them. The case is not about the state form. You're not complaining about the state form. The federal form says, the information I provided is true to the best of my knowledge under penalty of perjury. If I provided false information, I may be fined and imprisoned, or if not, a U.S. citizen deported from or refused to enter the United States. And that's not on the state form, and that's not your problem. We are not contesting the state form. We're contesting the federal form, Your Honor. That's correct. But it seems to me that what you're really saying, if I look at the election clause and I look at the standard review, I'm trying to determine whether the state law can function consistently and harmoniously with the overall federal scheme. And it seems to me that if I can find those two laws operate consistently and harmoniously, then at that point, the state ought to be able to do whatever they want to do. That's correct, Your Honor, but that's not the situation here. Well, why isn't it? It doesn't seem to me that Section 2 says anything about you can't ask for any more proof than just this verification. It's Section GG7, Your Honor. GG7B2. Exactly. Congress delegated that authority to the Election Assistance Commission, and it told the Election Assistance Commission three things. One, you shall develop the form. Two, you shall prescribe necessary regulations regarding the form. And three, you shall provide information to the states. So Congress delegated that to the EAC, and that's what the EAC did. And then secondly, you have GG4, which states you shall accept and use this form. Congress was absolutely clear that when it comes to the federal form, the states have to play by Congress's rules and the rules set forth by the EAC, which Congress specifically delegated the EAC. And Congress could have said that. Congress did say that. But it didn't say that. It didn't. It did not say. It could have said explicitly that states can't require further proof of citizenship or any further proofs. So what they said specifically is they can't, they have a specific prohibition on requirements for authorization or other authentication. And doesn't that suggest that other kinds of requirements, additional requirements consistent with federal law would be okay? No, Your Honor, because when it comes to the federal form, Congress said, EAC, you make the determination. And EAC, in making the determination, you can only require such identifying information as is necessary. If somebody puts on the form, I'm a United States citizen and signs a penalty of perjury being told they're going to go to jail or get deported if they're lying, and then someone is asked to give a piece of paper to prove that up, isn't that authentication? Are you asking them to authenticate what they wrote? Or is it verification? Well, I think it's authentication, Your Honor. In the legal sense? Can you find a case or a statute that says it's authentication? No. I looked for one and I couldn't. Congress did not specifically in detail set out what they meant as authentication. I see that as authentication. So it sets up notarization and then said other authentication. Doesn't it seem that authentication would be something like notarization? Not necessarily, Your Honor. I mean, Congress wasn't specific about that. What would be a reason why somebody would say you can't have a notary or other authentication to prove that your signature is true, but you can make somebody bring in another piece of paper to prove something you've just stated on the penalty of perjury. What would be the reason for that? Yes, Your Honor. I agree that it would be, that it's inconsistent to say. You agree? Why? I mean, just agreeing doesn't help you any. I don't agree, so you're going to persuade me. All right. Why is it inconsistent? Why does it say, look, we're not going to make you go before a state official and swear an oath, but we're going to ask you for a piece of paper. We're going to ask you for things that you ought to have if you're a citizen, your birth certificate, your citizenship certificate, your updated driver's license. Why is it inconsistent? How is that? Well, it completely undermines the whole purpose of the Federal Forum. The Federal Forum was supposed to make registration simple and easy, and by requiring people to submit a whole bunch of documents, requiring our Indian, our members of Indian tribes, who are 90 miles away sometimes from a voter registration office or from someplace where they can get the forms that they would need to satisfy the Arizona law, that's quite a burden, Your Honor, and that completely undermines the whole purpose of what the NBRA was designed to do. And Congress left. I'm not sure I understood what you just said. What is it they're far away from getting? I mean, where are they when they do this? Well, you have... You said 90 miles away. They're 90 miles away from what? 90 miles away, for example, from a voter registration office. Obviously, in some cases... They're not 90 miles away from a mailbox, right? No. Okay. But you're right, Your Honor. The whole idea was to simplify how you actually register to vote, and the fact that somebody that's out on the Indian Reservation, all they need to do is send in this form, sign it under penalty of perjury, and they should be registered to vote. That's what the federal form was designed to do, and what Arizona has done here is undermine that by saying you need to meet this extra requirement that the EAC, who is expressly delegated by Congress to make these decisions... Okay. Thank you. How many folks from the reservation were rejected? We don't have a precise number, Your Honor, on that. Thank you. This argument stands submitted. We're adjourned. All rise.
judges: Kozinski, Pregerson, Rymer, Graber, Berzon, Rawlinson, Clifton, Bybee, Ikuta, Nr Smith, Murguia, Cjj